AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Rashad S. Muhammad, | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.  2:14-cv-04911-DCN |
| City of North Charleston; North Charleston Police Department; Officer Delmar Johnson; Officer Gregory Gomes, also known as Greg; Officer Angela Hudson; Officer Matthew Hughes, also known as Matt; Officer Kim Spears, also known as Theresa; Officer William Jackson, also known as Willy; Officer Angela Bunker; South Carolina Law Enforcement Division; Forensic Scientist Catherine Leisy; United States of America; Immigration and Custom Enforcement; Agent Christopher Neville; Agent Brian Robinson; Agent Jeffrey Myrick; Unites States Attorneys Office; Matthew J Modica, Assistant United States Attorney, and others, | |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Rashad S. Muhammad, shall take nothing of the defendants, City of North Charleston; North Charleston Police Department; Officer Delmar Johnson; Officer Gregory Gomes; Officer Angela Hudson; Officer Matthew Hughes; Officer Kim Spears; Officer William Jackson; Officer Angela Bunker; South Carolina Law Enforcement Division; Forensic Scientist Catherine Leisy; United States of America; Immigration and Custom Enforcement; Agent Christopher Neville; Agent Brian Robinson; Agent Jeffrey Myrick; Unites States Attorneys Office; Matthew J Modica, and this action is dismissed with prejudice for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, adopting the Report and Recommendation

set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice.

Date:  November 5, 2015                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/M. Walker
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*